# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**
*Page 1 of 1*
***10-Nov-2023***

**Customer**

PIZZA VILLAGE TOMATOE PIE
5860 LOWER YORD ROAD
SIUTE 3 H-1
LAHASKA, PA  18931

| Account# | Total Due | Current |
|---|---|---|
| PIZZA120 | $3,586.30 | ($0.63) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,216.99 | $1,079.03 | $635.79 | $557.31 | $97.81 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2029937 | 13-Mar-23 | **13-Mar-23** | IN | $97.81 | **$97.81** | Delinquent | |
| OP1095 | 28-Apr-23 | **28-Apr-23** | OP | ($0.63) | **($0.63)** | Credit | |
| 2032935 | 9-Aug-23 | **9-Aug-23** | IN | $557.31 | **$557.31** | Delinquent | Void order |
| 2032679 | 14-Aug-23 | **14-Aug-23** | IN | $149.15 | **$149.15** | Delinquent | Please add on ma |
| 2033297 | 31-Aug-23 | **31-Aug-23** | IN | $443.44 | **$57.00** | Delinquent | |
| 2033380 | 6-Sep-23 | **6-Sep-23** | IN | $387.68 | **$387.68** | Delinquent | |
| 2033411 | 8-Sep-23 | **8-Sep-23** | IN | $41.96 | **$41.96** | Delinquent | Mike take |
| 2033500 | 14-Sep-23 | **14-Sep-23** | IN | $513.93 | **$513.93** | Delinquent | |
| 2033596 | 20-Sep-23 | **20-Sep-23** | IN | $565.10 | **$565.10** | Delinquent | |
| 2033720 | 27-Sep-23 | **27-Sep-23** | IN | $626.61 | **$626.61** | Delinquent | |
| 2033806 | 4-Oct-23 | **4-Oct-23** | IN | $540.97 | **$540.97** | Delinquent | |
| 2033844 | 6-Oct-23 | **6-Oct-23** | IN | $49.41 | **$49.41** | Delinquent | Mike take |