# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>      Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>Pizza Village Tomatoe Pie LLC<br>   *dba Pizza Village Restaurant*,<br><br>      Defendant. | Adversary No. 23-00085 |

## Certificate of Service

I, Michael A. Cibik, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by regular, first-class United States mail, postage pre-paid, addressed to:

Chief Exeuctive Officer
Pizza Village Tomatoe Pie LLC
5860 Lower York Road, Suite 3H-I
New Hope, PA 18938

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 13, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com