**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>      Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>Pizza Village Tomatoe Pie LLC,<br><br>      Defendant. | Adversary No. 23-00085-pmm |

**Order Granting Plaintiff's Motion to Determine Filing Fee**

**AND NOW**, upon consideration of the Plaintiff's Motion to Determine Filing Fee, and after proper notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. No fee is due to be paid by the Plaintiff for filing the complaint in this action.

Date:

                                                               Patricia M. Mayer
                                                               U.S. Bankruptcy Judge