# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　Plaintiff. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Pizza Village Tomatoe Pie LLC,<br><br>　　　　Defendant. | Adversary No. 23-00085-pmm |

## Certificate of Service

　　　　I certify that on this date I served a true and correct copy of the Plaintiff's Motion to Set Aside Entry of Default Against Defendant Pizza Village Tomatoe Pie LLC along with the notice on the following parties by first class mail or through the CM/ECF system:

Chief Executive Officer
Pizza Village Tomatoe Pie LLC
5860 York Road, Suite 3H-I
Lahaska, PA 18931

Date: December 20, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com