**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Pizza Village Tomatoe Pie LLC,<br><br>　　　　Defendant. | Adversary No. 23-00085-pmm |

**Order Granting Plaintiff's Motion to Set Aside Entry of
Default Against Defendant Pizza Village Tomatoe Pie LLC**

**AND NOW**, upon consideration of the Plaintiff's Motion to Set Aside Entry of Default Against Defendant Pizza Village Tomatoe Pie LLC, and for good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The entry of default against Defendant Pizza Village Tomatoe Pie LLC is **SET ASIDE**.

Date: **January 10, 2024**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge