# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>      Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>Pizza Village Tomato Pie LLC,<br><br>      Defendant. | Adversary No. 23-00085-pmm |

**Praecipe to Reissue Summons**

To the Clerk of Court:

    Please issue a new summons, which I will serve promptly. Thank you.

Date: February 5, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com